UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRUSTEES OF THE IBEW LOCAL 400 WELFARE, PENSION, ANNUITY, SUPPLEMENTAL and JOINT APPRENTICESHIP TRAINING FUNDS for and on behalf of themselves and said FUNDS, and the BOARD OF TRUSTEES; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 400,

*Plaintiffs,*

v.

SOLAR-MITE ELECTRICAL CONTRACTORS, INC.,

*Defendant.*

Civil Action No. 19-16313

**ORDER**

### John Michael Vazquez, U.S.D.J.

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 9th day of January, 2020,

**ORDERED** that Plaintiffs' motion for default judgment (D.E. 7) is **GRANTED**; and it is further

**ORDERED** that default judgment shall be entered in favor of Plaintiffs and against Defendant in the amount of $71,073.02; and it is further

**ORDERED** that Plaintiffs' counsel is awarded $1,337 in attorneys' fees and costs; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.